# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 11, 2013

No. 13-30097
Summary Calendar

Lyle W. Cayce
Clerk

RITA BROWN,

  Plaintiff - Appellant

v.

JABEZ SPORT CLIPS, LA L.L.C.,

  Defendant - Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:10-CV-852

Before KING, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

Rita Brown, plaintiff-appellant in this Title VII racial harassment action against defendant-appellee Jabez Sport Clips, La, L.L.C., her prior employer, appeals the district court's decision to admit Brown's testimony, on cross-examination, regarding her two prior racial discrimination suits against another hair salon employer containing allegations similar to those made against Sport

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-30097

Clips in this case.  The district court concluded that the probative value of the evidence of the "remarkably similar" prior suits, together with evidence of potentially fraudulent activity associated therewith, substantially outweighed the danger of unfair prejudice.  We need not decide whether the district court erred in admitting the evidence because even if the court erred, the error was harmless.  There was substantial other evidence weighing against Brown's credibility and in favor of the jury's verdict for Sport Clips.

The judgment of the district court is AFFIRMED.